UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CURTIS WHITEHEAD; MARIA WHITEHEAD, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. 3:08-CV-1622-B |
| | § | |
| HUDSON & KEYSE, LLC; MCKLESKEY, HARRIGER, BRAZIL & GRAPH, LLP, | § § § § | |
| Defendants. | § | |

## ORDER

Plaintiffs Curtis and Maria Whitehead (the "Whiteheads") have filed a Notice of Dismissal (doc. 27) (the "Notice") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Through the Notice, the Whiteheads seek to dismiss all of their claims without prejudice due to recent developments in applicable state law. Having reviewed the notice, the Court is of the opinion that this case should be and hereby is **DISMISSED without prejudice**.

SO ORDERED.

DATED July 13, 2009

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE